1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:97MJ2044 SMS |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO DISMISS COMPLAINT AND RECALL WARRANT; ORDER |
| v. | |
| JAMES CLAY HEITKOTTER, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves to dismiss the criminal complaint charging Defendant Heitkotter with unlawful flight to avoid prosecution. The defendant has been apprehended and deported from Mexico and will be prosecuted at the state level for the underlying offense that gave rise to the complaint filed herein.

////
////
////
////
////
////
////
////

1

It is further requested that the Court recall the warrant that issued.

Dated: August 24, 2018                    McGREGOR W. SCOTT
                                          United States Attorney


                                      By: /s/ KAREN A. ESCOBAR
                                          KAREN A. ESCOBAR
                                          Assistant United States Attorney


## **O R D E R**

Having reviewed the government's motion to dismiss this matter,

IT IS HEREBY ORDERED that the above-captioned matter shall be dismissed and the arrest warrant recalled.

IT IS SO ORDERED.

Dated:  **August 27, 2018**                  _Dale A. Drozd_
                                          UNITED STATES DISTRICT JUDGE

2